IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

U.S. BANK TRUST NATIONAL
ASSOCIATION,     *Plaintiff,*              §
                                          §
                                          §
v.                                        §          **6:23-CV-00410-ADA-JCM**
                                          §
DIANE WHITE, et al.,                      §
                    *Defendant.*          §
                                          §

**ORDER ADOPTING MAGISTRATE
<u>JUDGE'S REPORT AND RECOMMENDATION</u>**

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffery C. Manske. ECF No. 13. The report recommends Plaintiff's Motion for Default Judgment (ECF No. 11) be **GRANTED IN PART AND DENIED IN PART**. The report and recommendation was filed on September 14, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

 **IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 13) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 11) be **GRANTED IN PART AND DENIED IN PART**. The Motion should be **GRANTED** to the extent that Plaintiff can seek attorneys' fees and costs against Defendants Lawson and Everett. The Motion should be **DENIED** in full as to Defendant White and Plaintiff may not seek attorneys' fees, costs, or foreclosure against her or her interest in the Property. Further, Plaintiff may not seek foreclosure on the Property until Plaintiff's claims against Defendant White are fully resolved in Plaintiff's favor.

**SIGNED** this 22nd day of September, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE